962 So.2d 437 (2007)
John E. HOLSTON, Sr., et al.
v.
REPUBLIC FIRE & CASUALTY INSURANCE COMPANY, et al.
No. 2007-CC-1472.
Supreme Court of Louisiana.
August 31, 2007.
In re Gobert, Norris; Republic Fire & Cas. Ins. Co. et al.;  Defendant(s); Applying for Supervisory and/or Remedial Writs, Parish of Calcasieu, 14th Judicial District Court Div. D, No. 2005-2402 "D"; *438 to the Court of Appeal, Third Circuit, No. CW 07-00656.
Denied.
TRAYLOR, J., would grant.